

*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

October 9, 2019

**Via ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

    Re:    **Leonides Duverny v. Hercules Medical P.C., et al.
                Docket No. 18-cv-7652(DLC)**

Dear Your Honor:

    This firm represents Plaintiff, Leonides Duverny, in the above-referenced matter. Plaintiff writes to respectfully request that the Court accept Plaintiff's declaration (annexed hereto) in further support of Plaintiff's Opposition to Defendants' summary judgment motion. The reason for the delay is that Plaintiff is currently out of the country with limited access to phone and email. Plaintiff was not reachable and was just able to send undersigned counsel the declaration today. We apologize for the delay and hope the Court considers her declaration as part of Plaintiff's opposition.

    We thank the court for its consideration of the herein matters.

                                                                    Respectfully,

                                                                   /s/
                                                 Joshua M. Friedman, Esq.
                                                 Phillips & Associates, PLLC
                                                 45 Broadway, Suite 620
                                                 New York, NY 10006
                                                 (212) 248-7431
                                                 jfriedman@tpglaws.com

cc: To all counsel of record (via ECF)

Enc.