```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :         18cv7652 (DLC)
LEONIDES DUVERNY,                        :
                     Plaintiff,          :      REVISED PRETRIAL
                                         :      SCHEDULING ORDER
         -v-                             :
                                         :
HERCULES MEDICAL P.C., ACHILLES          :
MEDICAL P.C., HYPERION MEDICAL P.C.,     :
and GEOFFREY RICHSTONE, individually,    :
                                         :
                     Defendants.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A Revised Pretrial Scheduling Order of April 16 directed the parties to file their Joint Pretrial Order by June 15 and placed the case on the July trial-ready calendar.

On April 20, 2020, Chief Judge McMahon issued a standing order suspending all jury trials until further order of the Court.  On May 28, the parties requested an extension of the deadline to submit their Joint Pretrial Order set forth in the April 16 Revised Pretrial Scheduling Order.  Accordingly, it is hereby

ORDERED that the Joint Pretrial Order must be filed by **August 15, 2020.**

IT IS FURTHER ORDERED that the case is placed on the **September 2020** trial ready calendar.  You must be ready to

1

proceed on 24 hours' notice.  You may contact the Deputy Clerk, Gloria Rojas, to learn where your case stands on the calendar.

IT IS FURTHER ORDERED that there shall be no further extensions of the August 15 date.

SO ORDERED:

Dated:    New York, New York
          May 29, 2020

                                   _____
                                           DENISE COTE
                                    United States District Judge