UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
LEONIDES DUVERNY,                       :
                                        :
                        Plaintiff,      :        18cv7652(DLC)
              -v-                        :
                                        :             ORDER
HERCULES MEDICAL P.C., ACHILLES         :
MEDICAL P.C., HYPERION MEDICAL P.C.,    :
and GEOFFREY RICHSTONE, individually,   :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

        On August 12, 2020, the parties submitted a joint letter

regarding the scheduling of this civil jury trial.  It is hereby

        ORDERED that a telephonic conference is scheduled for

**August 14, 2020** at **3:00 pm.**  The parties shall use the following

dial-in credentials to access the conference, which are also

accessible to the press and public:

              Dial-in:        **888-363-4749**
              Access code:    **4324948**

        IT IS FURTHER ORDERED that the parties shall use a landline

if one is available.

        SO ORDERED:

Dated:    New York, New York
          August 13, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge