```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
 LEONIDES DUVERNY,                        :
                                          :
                       Plaintiff,         :    18cv7652(DLC)
               -v-                        :
                                          :       ORDER
 HERCULES MEDICAL P.C., ACHILLES          :
 MEDICAL P.C., HYPERION MEDICAL P.C.,     :
 and GEOFFREY RICHSTONE, individually,    :
                                          :
                       Defendants.        :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

On August 5, 2020, the Court issued an Order directing the parties to advise the Court of the expected length of trial and number of individuals who would attend any trial in this action by August 12. As of the date of this Order, the parties have not supplied the Court with the information requested in the August 5 Order. Accordingly, it is hereby

ORDERED that the parties must advise the Court by **August 18, 2020** of the following:

1) The number of days they need, collectively, for the presentation of evidence; and

2) The number of individuals who will be seated at the counsel table, and the names of each of them.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, the entry of judgment

by default, or such other action as may be just in the circumstances.

SO ORDERED:

Dated:    New York, New York
          August 17, 2020

```
                              _____
                                       DENISE COTE
                              United States District Judge
```