```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
 LEONIDES DUVERNY,                       :
                                         :
                         Plaintiff,      :    18cv7652(DLC)
            -v-                          :
                                         :         ORDER
 HERCULES MEDICAL P.C., ACHILLES         :
 MEDICAL P.C., HYPERION MEDICAL P.C.,    :
 and GEOFFREY RICHSTONE, individually,   :
                                         :
                         Defendants.     :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

On August 17, 2020, the parties filed a Joint Pretrial Order in this action.  Both plaintiff and defendants also filed a number of motions in limine.  Accordingly, it is hereby

ORDERED that oppositions to the motions in limine, if any, shall be filed by **August 24, 2020**.  Replies, if any, shall be filed by **August 31.**

SO ORDERED:

Dated:    New York, New York
          August 18, 2020

_____
DENISE COTE
United States District Judge