```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
 LEONIDES DUVERNY,                        :
                                          :
                    Plaintiff,            :       18cv7652 (DLC)
                                          :
           -v-                            :            ORDER
                                          :
 HERCULES MEDICAL P.C., and HYPWEION      :
 MEDICAL P.C., and ACHILLES MEDICAL       :
 P.C., and GEOFFREY RICHSTONE,            :
 individually,                            :
                                          :
                    Defendants.           :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

The Southern District of New York is reconfiguring courtrooms and other spaces in its courthouses to allow civil jury trials to proceed as safely as possible during the COVID-19 pandemic. On September 2, 2020 the Clerks' Office notified district judges of the dates on which jury selection could commence during October through December 2020 in the reconfigured spaces. Accordingly, the parties are hereby

NOTIFIED that this action has been placed on a trial-ready calendar for the week of November 9, 2020. It is hereby

ORDERED that the parties shall be prepared to proceed to trial as of that date and on each following week through the week of December 14, 2020. The parties are advised that they

will receive as much notice as possible about whether their case will proceed to trial in any of those weeks.

IT IS FURTHER ORDERED that a final pretrial conference will occur on **October 29 at 3:00pm** in Courtroom 18B of 500 Pearl Street.

Dated:    New York, New York
          September 4, 2020

_____
DENISE COTE
United States District Judge