```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :      18cv7652 (DLC)
LEONIDES DUVERNY,                        :
                      Plaintiff,         :         ORDER
                                         :
          -v-                            :
                                         :
HERCULES MEDICAL P.C., ACHILLES          :
MEDICAL P.C., HYPERION MEDICAL P.C.,     :
and GEOFFREY RICHSTONE, individually,    :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of September 4, 2020 scheduled a final pretrial conference in the above-captioned matter for **October 29, 2020** at **3:00 pm**. It is hereby

ORDERED that, unless the parties agree that the October 29 conference should occur in person, the October 29 conference will occur by telephone. Should the parties agree that the conference should proceed in person, they must jointly notify the Court of their preference by **October 28** at **noon**. The parties are advised that participants in any in-person conference must comply with the Southern District of New York's Fourth Amended Standing Order entitled In re Coronavirus/COVID-19 Pandemic (M-10-468), entered June 12, 2020, and other SDNY COVID-19-related orders that govern entry into and behavior within SDNY

courthouses. These materials may be found at:

https://nysd.uscourts.gov/covid-19-coronavirus.

IT IS FURTHER ORDERED that, if the October 29 conference proceeds by telephone, the parties shall use the following dial-in instructions for the telephone conference:

    Dial-in: 888-363-4749

    Access code: 4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

SO ORDERED:

Dated:   New York, New York
       October 27, 2020

                                    DENISE COTE
                            United States District Judge