```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
LEONIDES DUVERNY,                        :      18cv7652 (DLC)
                                         :
                    Plaintiff,           :      ORDER
                                         :
          -v-                            :
                                         :
HERCULES MEDICAL P.C., ACHILLES          :
MEDICAL P.C., HYPERION MEDICAL P.C.,     :
and GEOFFREY RICHSTONE, individually,    :
                                         :
                    Defendants.          :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/2020

DENISE COTE, District Judge:

For the reasons set forth on the record at the final pretrial conference held on October 29, 2020, it is hereby

ORDERED that the plaintiff and the defendants collectively shall each be allotted 6.5 hours of time at trial, measured by the time counsel is on its feet before the jury. This time shall include the party's opening statements, direct examination of witnesses, cross examination, redirect examination, and recross examination.

IT IS FURTHER ORDERED that this allocation excludes time for summation arguments.

IT IS FURTHER ORDERED that the parties shall cooperate in the scheduling of witnesses to ensure that there are sufficient witnesses present in the courthouse to fill each trial day. The parties are advised that, if they fail to do so, they may be deemed to have rested or have their allotted time at trial

docked.

SO ORDERED:

Dated:   New York, New York
         October 30, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge