```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
LEONIDES DUVERNY,                      :    18cv7652(DLC)
                                       :
                    Plaintiff,         :    ORDER
          -v-                          :
                                       :
HERCULES MEDICAL P.C., ACHILLES        :
MEDICAL P.C., HYPERION MEDICAL P.C.,   :
and GEOFFREY RICHSTONE, individually,  :
                                       :
                    Defendants.        :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

A jury trial having been scheduled to begin on **November 9, 2020,** it is hereby

ORDERED that the parties ensure that all trial participants comply with the Southern District of New York's Fourth Amended Standing Order entitled In re Coronavirus/COVID-19 Pandemic (M-10-468), entered October 26, 2020, and other SDNY COVID-19-related orders that govern entry into and behavior within SDNY courthouses. These materials may be found at: https://www.nysd.uscourts.gov/covid-19-coronavirus.

IT IS FURTHER ORDERED that parties are responsible for informing themselves of any modifications to SDNY COVID-19-related rules and procedures and adhering to all current rules and procedures for the duration of the trial.

IT IS FURTHER ORDERED that the parties are responsible for bringing these procedures to the attention of their witnesses and any other persons they expect to attend the trial.

IT IS FURTHER ORDERED that the parties shall attempt to have documents to be used at trial, including trial exhibits, in electronic form.  In jury trials, documents received into evidence will only be available to the jury during their deliberations in electronic form.  Electronic exhibits -- including PDFs, image files, audio files, and video files -- must be formatted to fit on a computer screen.

SO ORDERED:

Dated:   New York, New York
         October 30, 2020

                                    _____
                                              DENISE COTE
                                    United States District Judge