```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
LEONIDES DUVERNY,                       :
                                        :
                        Plaintiff,      :        18cv7652(DLC)
            -v-                         :
                                        :              ORDER
HERCULES MEDICAL P.C., ACHILLES         :
MEDICAL P.C., HYPERION MEDICAL P.C.,    :
and GEOFFREY RICHSTONE, individually,   :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having considered the parties' arguments at the telephonic final pretrial conference and in their letters of October 30, it is hereby

ORDERED that the motion to exclude Dr. Kevin Wright,[1] Dr. Phillip Rabito, Ms. Taneish Hird, and Mrs. Geoffrey Richstone as witnesses at trial is granted.

IT IS FURTHER ORDERED that the motion to exclude Robert Luongo, Dr. Boma Park, Dwight Wright, Michael (Rohan) Peck, and Lisa Robinson as witnesses at trial is denied. The plaintiff's objection to the scope of the testimony of Mr. Peck and Ms.

---

[1] An October 30 letter from the plaintiff also identifies this witness as "Dr. Kevin White."

Robinson is overruled.

    SO ORDERED:

Dated:     New York, New York
            November 2, 2020

                                   DENISE COTE
                  United States District Judge