```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   18cv7652 (DLC)
LEONIDES DUVERNY,                        :
                    Plaintiff,           :        ORDER
                                         :
         -v-                             :
                                         :
HERCULES MEDICAL P.C., ACHILLES          :
MEDICAL P.C., HYPERION MEDICAL P.C.,     :
and GEOFFREY RICHSTONE, individually,    :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The parties having identified evidentiary issues to be addressed in advance of trial, it is hereby

ORDERED that a telephonic conference shall occur on **November 4 at 12:00 pm**. The parties shall use the following dial-in instructions for the telephone conference:

>    Dial-in: 888-363-4749
>    Access code: 4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

SO ORDERED:

Dated:   New York, New York
         November 3, 2020

                                    _____
                                             DENISE COTE
                                    United States District Judge