```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
  LEONIDES DUVERNY,                      :
                                         :
                       Plaintiff,        :    18cv7652 (DLC)
                                         :
              -v-                        :    ORDER
                                         :
  HERCULES MEDICAL P.C., and HYPWEION    :
  MEDICAL P.C., and ACHILLES MEDICAL     :
  P.C., and GEOFFREY RICHSTONE,          :
  individually,                          :
                                         :
                       Defendants.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A jury trial in this matter is scheduled to begin on November 9, 2020 at 9:30 a.m. Two witnesses, defendant Geoffrey Richstone and Dr. Charles McGowan, have been permitted to testify via simultaneous video transmission. It is hereby

ORDERED that, by **9:30 a.m. on November 9**, the parties shall advise the Court of the date and time at which Mr. Richstone and Dr. McGowan will be called to testify.

SO ORDERED:

Dated:   New York, New York
         November 5, 2020

                                     _____
                                            DENISE COTE
                                     United States District Judge