```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
LEONIDES DUVERNY,                     :
                                      :
                    Plaintiff,        :    18cv7652 (DLC)
                                      :
          -v-                         :         ORDER
                                      :
HERCULES MEDICAL P.C., and HYPWEION   :
MEDICAL P.C., and ACHILLES MEDICAL    :
P.C., and GEOFFREY RICHSTONE,         :
individually,                         :
                                      :
                    Defendants.       :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

A jury trial in this matter is scheduled to begin on November 9, 2020 at 9:30 a.m. On November 5, plaintiff submitted a letter identifying two issues regarding witnesses who will appear at trial. It is hereby

ORDERED that a telephonic conference shall occur on **November 6 at 11:00 am**. The parties shall use the following dial-in instructions for the telephone conference:

Dial-in: 888-363-4749

Access code: 4324948

IT IS FURTHER ORDERED that the parties shall use a landline

if one is available.

    SO ORDERED:

Dated:    New York, New York
           November 6, 2020

                                        DENISE COTE
                            United States District Judge