```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
 LEONIDES DUVERNY,                        :
                                          :
                     Plaintiff,           :     18cv7652(DLC)
           -v-                            :
                                          :         ORDER
 HERCULES MEDICAL P.C., ACHILLES          :
 MEDICAL P.C., HYPERION MEDICAL P.C.,     :
 and GEOFFREY RICHSTONE, individually,    :
                                          :
                     Defendants.          :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

A jury trial in the above-captioned matter was scheduled to begin on November 9, 2020. On November 8, the parties learned that a staff member for plaintiff's counsel may have been exposed to COVID-19. The defendants requested an adjournment of the trial; plaintiff did not oppose. Accordingly, it is hereby

ORDERED that the trial date is adjourned <u>sine die</u>.

IT IS FURTHER ORDERED that the parties shall jointly advise the Court by **November 12, 2020 at noon** whether they consent to a nonjury trial. Under no circumstances should the parties disclose who consents to a nonjury trial and who does not,

should there be disagreement.

    SO ORDERED:

Dated:    New York, New York
           November 9, 2020

                                              _____
                                                  DENISE COTE
                                       United States District Judge