```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
 LEONIDES DUVERNY                        :
                                         :      18cv7652 (DLC)
                    Plaintiff,           :
                                         :         ORDER
         -v-                             :
                                         :
 HERCULES MEDICAL P.C., HYPERION         :
 MEDICAL P.C., ACHILLES MEDICAL P.C.,    :
 and GEOFFREY RICHSTONE, individually,   :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    The Southern District of New York is reconfiguring courtrooms and other spaces in its courthouses to allow civil jury trials to proceed as safely as possible during the COVID-19 pandemic.  On December 8, 2020 the Clerk of Court notified district judges of the dates on which jury selection could commence and trials could proceed in the reconfigured spaces during January through March 2021.  Accordingly, the parties are hereby

    NOTIFIED that this action has been placed on a trial-ready calendar for **Wednesday, February 3, 2021**.  It is hereby

    ORDERED that the parties shall be prepared to proceed to trial as of that date and on each following week through **March 2021**.  The parties are advised that they will receive as much

notice as possible about whether their case will proceed to trial in any of those weeks.

Dated:   New York, New York
         December 11, 2020

                                            DENISE COTE
                              United States District Judge