```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
LEONIDES DUVERNY                         :
                                         :   18cv7652 (DLC)
                    Plaintiff,           :
                                         :        ORDER
         -v-                             :
                                         :
HERCULES MEDICAL P.C., HYPERION          :
MEDICAL P.C., ACHILLES MEDICAL P.C.,     :
and GEOFFREY RICHSTONE, individually,    :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of December 11, 2020 notified the parties that this action had been placed on the trial-ready calendar for Wednesday, February 3, 2021. Pursuant to a Standing Order dated January 5, 2021, all jury trials in the Southern District of New York are suspended through at least February 12, 2021. As a result, the trial in this case must be rescheduled to the second quarter of 2021, which is April through June. Accordingly, it is hereby

ORDERED that the parties shall consult and advise the Court by **January 11, 2021** on which, if any, of the following dates they are available to begin trial:

-Monday, April 5, 2021;

-Monday, April 12, 2021;

-Monday, May 3, 2021.

SO ORDERED:

Dated:    New York, New York
          January 8, 2021

                              _____
                                    DENISE COTE
                              United States District Judge