```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
 LEONIDES DUVERNY                        :
                                         :    18cv7652 (DLC)
                 Plaintiff,              :
                                         :         ORDER
      -v-                                :
                                         :
 HERCULES MEDICAL P.C., HYPERION         :
 MEDICAL P.C., ACHILLES MEDICAL P.C.,    :
 and GEOFFREY RICHSTONE, individually,   :
                                         :
                 Defendants.             :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    Having received the parties' joint letter dated January 13, 2021 regarding proposed dates for scheduling trial in this matter, the parties are hereby

    NOTIFIED that a request will be made to place the case on the trial-ready calendar for **April 5, 2021**.  It is hereby

    ORDERED that the parties shall be prepared to proceed to trial as of that date and on the Monday of each following week through **May 3, 2021**.  The parties are advised that they will receive as much notice as possible about whether their case will

proceed to trial in any of those weeks.

    SO ORDERED:

Dated:    New York, New York
           January 14, 2020

                                  _____
                                    DENISE COTE
                            United States District Judge