```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Leonides Duverny,

                             Plaintiff,

      -against-

Hercules Medical P.C. et al.,

                            Defendants.

1:18-cv-07652 (DLC) (SDA)

**ORDER SCHEDULING REMOTE**
**SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Thursday, March 25, 2021 at 2:00 p.m. The settlement shall proceed via Microsoft Teams unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means.

The Court will provide a Microsoft Teams link to the parties by email before the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

DATED:    New York, New York
              March 15, 2021

_____
STEWART D. AARON
United States Magistrate Judge